# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GUADALUPE HERNANDEZ,**<br><br>**Plaintiff,**<br><br>v.<br><br>**FIRST ADVANTAGE BACKGROUND SERVICES CORP.,**<br><br>**Defendant.** | **CIVIL ACTION NO.**<br><br>**1:25-cv-03292-AT-JSA** |

## NOTICE OF SETTLEMENT AS TO FIRST ADVANTAGE BACKGROUND SERVICES CORP.

PLEASE TAKE NOTICE that Plaintiff Guadalupe Hernandez and Defendant First Advantage Background Services Corp. have reached a settlement to resolve Plaintiff's claims.

Plaintiff and Defendant anticipate that they will execute and perform a final settlement agreement within sixty (60) days of the date of this notice, at which time the parties will file a Stipulation for Dismissal. The parties request that all deadlines be set aside.

Dated: January 21, 2026

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407
235 East Ponce de Leon Avenue, Suite 215
Decatur, GA 30030
Telephone: (770) 775-0938
Fax: (470) 468-0070
Email: joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2026, I filed a true and correct copy of the foregoing Notice of Settlement with the Electronic Case Filing system of the court, which will send a Notice of Electronic Filing to, and thereby effect service upon, all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland