# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GUADALUPE HERNANDEZ,<br><br>      Plaintiff,<br><br>   v.<br><br>FIRST ADVANTAGE<br>BACKGROUND SERVICES CORP.,<br><br>      Defendant. | Case No. 1:25-cv-03292-AT-JSA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff GUADALUPE HERNANDEZ and Defendant FIRST ADVANTAGE BACKGROUND SERVICES CORP., by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that this action and all claims asserted therein shall be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

| GUADALUPE HERNANDEZ | FIRST ADVANTAGE BACKGROUND SERVICES CORP. |
|---|---|

*/s/ James R. Ticchio*
Joseph P. McClelland
Georgia Bar No. 483407
joseph@jacksonlaws.com
JOSEPH P. MCCLELLAND, LLC
235 East Ponce de Leon Avenue
Suite 215
Decatur, Georgia 30030
Telephone: (770) 775-0938

Brett D. Sherman*
brett@st-legal.com
James R. Ticchio*
james@st-legal.com
SHERMAN & TICCHIO PLLC
120 N. Main Street Suite 302B
New City, New York 10956
Telephone: (212) 324-3874

Attorneys for Plaintiff

*Admitted *pro hac vice*

Dated: February 17, 2026

*/s/ Esther Slater McDonald*
Frederick T. Smith
Georgia Bar No. 657575
fsmith@seyfarth.com
Esther Slater McDonald
Georgia Bar No. 649005
emcdonald@seyfarth.com
Benjamin R. Rosichan
Georgia Bar No. 296256
brosichan@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile:  (404) 892-7056

Attorneys for Defendant

2

## CERTIFICATE OF SERVICE

I certify that, on February 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all counsel of record.

                                           */s/Esther Slater McDonald*
                                           Esther Slater McDonald
                                           Attorney for Defendant